### 5172. SPICER *v.* THE STATE.

RUSSELL, J.   1. No error of law being assigned, and the evidence authorizing the conviction of the accused, the trial judge did not err in overruling the motion for a new trial.

2. Evidence to the effect that the accused was seen to hand to the person named in the indictment as the purchaser of intoxicants a bottle, which was shortly thereafter obtained from the latter, and which contained whisky, and received in return, from the party to whom the bottle was handed, something which the witness could not see, but which was placed in the pocket of the recipient, is sufficient to support the inference that the person who parted with the bottle of whisky received, either by way of sale or barter, sufficient consideration to authorize a conviction of a violation of the general prohibition law.     *Judgment affirmed.*
DECIDED OCTOBER 28, 1913.

Indictment for sale of liquor; from Mitchell superior court—Judge Frank Park. July 28, 1913.

*E. E. Cox, R. L. Cox, J. M. Mayo Jr.,* for plaintiff in error.

*R. C. Bell,* solicitor-general, *Little, Powell, Hooper & Goldstein,* contra.